**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 14 EAL 2018
                                :
                     Respondent :
                                : Petition for Allowance of Appeal from
                                : the Order of the Superior Court
          v.                    :
                                :
                                :
ROBERT RUDOI,                   :
                                :
                     Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.